AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>BROWN, TRISH M. | 2. Court or Organization<br><br>U.S. BANKRUPTCY COURT, OREGON | 3. Date of Report<br><br>05/14/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>BANKRUPTCY JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

| 7. Chambers or Office Address<br><br>1001 SW FIFTH AVE., SUITE 700<br>PORTLAND, OR 97204 |
|---|

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 05/14/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | FIDELITY NATIONAL MANAGEMENT - SALARY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankrupty Judges | 4/4/14 to 4/8/14 | Kansas City, MO | Mid-Year Meetings, Finance Committee and Board of Governors | Flight, lodging (2 nights)l, and meals |
| 2. | National Conference of Bankrupcy Judges | 10/6/14 to 10/10/14 | Chicago, IL | Annual Meeting, Commitee Meeting, and Board of Governors Meeting | Airfare, lodging (4 nights), meals and ground transportion |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 05/14/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | MORGAN STANLEY SMITH BARNEY ROLLOVER IRA (name change only) | D | Div. & Int. | O | T | | | | | |
| 2. | - Cons Staples Sel Sect SPDR FD | | | | | | | | | |
| 3. | - Health Care Sel Sect SPDR FD | | | | | Buy (add'l) | 01/16/14 | J | | |
| 4. | - Industrial Sel Sec SPDR Fd | | | | | Buy (add'l) | 02/24/14 | J | | |
| 5. | | | | | | Buy (add'l) | 11/19/14 | J | | |
| 6. | - Ishares S&P Glbl Engy Sctr Index | | | | | | | | | |
| 7. | - Vanguard Extended Mkt ETF | | | | | | | | | |
| 8. | - Powershares S&P High Quality fka Powershares Val Line ... | | | | | | | | | |
| 9. | - AllianceBernstein Inc FD | | | | | | | | | |
| 10. | - MFS Charter Income TR SB1 | | | | | | | | | |
| 11. | - Ishares MSCI PAC Ex-Japan IDX | | | | | | | | | |
| 12. | - Vanguard Growth ETF | | | | | | | | | |
| 13. | - Vanguard Value ETF Index | | | | | Buy (add'l) | 04/28/14 | J | | |
| 14. | | | | | | Buy (add'l) | 07/25/14 | J | | |
| 15. | - Powershares QQQ TR | | | | | | | | | |
| 16. | - IShares SP Smallcap 600 Index | | | | | | | | | |
| 17. | - SPDR S&P Midcap 400 ETF Trust fka Standard & Poors ... | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - Ishares Barclays Agency Bnd Fd | | | | | | | | | |
| 19.   - Powershares Wldhill Clean Energy | | | | | | | | | |
| 20.   - Ishares IBOXX Invest Gr Cor. Fd | | | | | | | | | |
| 21.   - Ishares MSCI Emerging Mkts Fd | | | | | | | | | |
| 22.   - Ishares DJ US Rl Est Index | | | | | | | | | |
| 23.   - Ishares S&P Pref Stk Indx | | | | | | | | | |
| 24.   - Ishares Barclays MBS Bond Fund | | | | | | | | | |
| 25.   - Vanguard FTSE Developed Markets, fka Vanguard MSCI EAFE ETF | | | | | | | | | See Part VIII. |
| 26.   - Vanguard Dividend Appreciation | | | | | | | | | |
| 27.   - ISHARES BARCLAYS 1-3 YEAR CRED | | | | | | | | | |
| 28.   - Pimco Total Return ETF | | | | | | | | | |
| 29.   - Ishares DJ US Home Construct | | | | | | | | | |
| 30.   - iShares Int'l Div. Select, fka Ishares Dow Jones EPAC SCU DV | | | | | | | | | See Part VIII. |
| 31.   INTEL COMMON STOCK | A | Dividend | J | T | | | | | |
| 32.   DISNEY COMMON STOCK | A | Dividend | K | T | | | | | |
| 33.   MEDTRONICS COMMON STOCK | A | Dividend | K | T | | | | | |
| 34.   NIKE COMMON STOCK | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PEPSI COMMON STOCK | A | Dividend | J | T | | | | | |
| 36. Chevron Texaco Corporation/Common Stock | A | Dividend | J | T | | | | | |
| 37. American Funds: EUROPACIFIC GROWTH FUND - MUTUAL FUND | B | Dividend | M | T | | | | | |
| 38. AQUILLA TAX FREE TRUST - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 39. OREGONIAN FEDERAL CREDIT UNION - PORTLAND, OR | A | Interest | J | T | | | | | |
| 40. St. Helens Comm. Fed. Credit Union Accounts-St. Helens, OR | A | Interest | J | T | | | | | |
| 41. WELLS FARGO BANK ACCOUNTS - PORTLAND, OR | A | Interest | K | T | | | | | |
| 42. BANK OF AMERICA - PORTLAND, OR | A | Interest | J | T | | | | | |
| 43. PAINEWEBBER RMA - PORTLAND, OR | A | Interest | J | T | | | | | |
| 44. Oregon College Savings Plan | A | Dividend | J | T | | | | | |
| 45. - TIAFF Cref Age Base Portfolio | | | | | Sold | 11/05/14 | J | A | |
| 46. - Agressive Portfolio | | | | | Buy | 11/05/14 | J | | |
| 47. UBS IRA ROLLOVER D T | E | Int./Div. | N | T | | | | | |
| 48. - UBS Bank USA Dep Acct | | | | | | | | | |
| 49. - Columbia Acorn Fund | | | | | Buy (add'l) | 10/06/14 | J | | |
| 50. - Henderson Global Investors Intl Opportunities Fund A | | | | | | | | | |
| 51. - Voya Global Real Estate Fund fka ING Global Real Estate Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Oppenheimer Developing Markets Fund Class A | | | | | | | | | |
| 53. - Royce Special Equity FD | | | | | Sold | 10/03/14 | K | A | |
| 54. - Touchstone Sands Capital | | | | | Sold (part) | 10/03/14 | J | C | |
| 55. - Virtas Premium Alpha Sector Fund | | | | | Sold (part) | 10/03/14 | J | B | |
| 56. - Templeton Global Bond Fund fka Franklin/Templeton Global Bond Fund | | | | | | | | | See Part VIII. |
| 57. - Loomis Sayles Bond Fund Class Retail | | | | | | | | | |
| 58. - Lord Abbett Short Duration Income Fund | | | | | Buy (add'l) | 07/29/14 | J | | |
| 59. - TCW Emerging Markets Income Fund | | | | | | | | | |
| 60. - First Eagle Global Fund | | | | | | | | | |
| 61. - Franklin Income ADV | | | | | | | | | |
| 62. - Mainstay Marketfield Fund | | | | | | | | | |
| 63. - Calamos Convertible Fund | | | | | Buy | 10/06/14 | K | | |
| 64. Charles Schwab Investor Checking | A | Int./Div. | J | T | | | | | |
| 65. Northwest Mutual Financial Network (whole life insurance) | B | Dividend | K | T | | | | | See Part VIII. |
| 66. FIDELITY NATIONAL FINANCIAL GROUP 401(k) PROFIT SHARING PLAN | D | Int./Div. | M | T | | | | | See Part VIII. |
| 67. - Vanguard Wellington Admir | | | | | | | | | |
| 68. - FNF 401K Stock Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 05/14/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, lines 25 and 30, page 5.  Name changes only.

2. Part VII, line 51, page 6 and line 56, page 7.  Name changes only.

3. Part VII, line 65, page 8.  No premium payment exceeded $1,000.00.

4. Part VII, line 66, page 8.  Acquisitions of investments within Fidelity National Financial Group 401(k) Profit Sharing Plan did not exceed $1,000 on a per transaction basis.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ TRISH M. BROWN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544